# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0879.  BERLON et al v. PHILLIPS et al.**

The appeal of the above-referenced case was docketed on January 8, 2014, and the appellant was notified that his enumerations of error and brief were due within 20 days of docketing (*i.e.*, by January 28, 2014). On February 21, 2014, appellee moved for a dismissal of the appeal and an imposition of sanctions based on appellant's failure to file his enumerations of error and brief. As of February 26, 2014, appellant still has failed to file his enumerations of error and brief and has not moved for an extension of time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), appellee's motion to dismiss this appeal is GRANTED and the appeal is hereby DISMISSED. *See Lambros v. Longiotti*, 189 Ga. App. 837 (378 SE2d 416) (1989). Appellee's motion for sanctions is DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/05/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*